**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7196**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM ANDREW MERRITT

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:18-cr-00016-AWA-LRL-1)

Submitted:  January 6, 2022                         Decided:  January 20, 2022

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Andrew Merritt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Andrew Merritt appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we deny Merritt's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Merritt*, No. 4:18-cr-00016-AWA-LRL-1 (E.D. Va. filed Aug. 2, 2021; entered Aug. 5, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*